[No. 6494–8–III. Division Three. June 18, 1985.]

ROBERT P. BRUSH, JR., *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–2–01565–0, Bruce P. Hanson, J., entered April 11, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 6919–9–II. Division Two. June 19, 1985.]

LAWRENCE L. ANTHONY, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–2–00340–7, John H. Kirkwood, J., entered February 24, 1983. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[Nos. 7132–1–II; 7162–2–II. Division Two. June 20, 1985.]

THE STATE OF WASHINGTON, *Appellant,* v. ANTHONY W. ROBINSON, *Respondent.*

Appeals from a judgment of the Superior Court for Pierce County, No. 82–1–00156–1, J. Kelley Arnold, J., entered May 26 and June 21, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.